**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to June 25, 2019)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-18-355 | Hartley v. Hartley |
| A-18-558 | State v. Dughman |
| A-18-592 | State v. Cardona |
| A-18-839 | In re Interest of Lilyanna N. |
| A-18-965 | State v. Mack |
| A-18-1041 | State v. Shea |
| A-18-1074 | State v. Faust |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.